# EXHIBIT A

| Account | Dispute ID | Date of Service | Claim Number | Initial Payment Date | Date of Open Negotiations | Date of IDR Initiation | HCPC Code | Payer Grouping | Written Determination | Decision Date | Amount Due | Plan Sponsor | Plan Name | ERISA Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 396950 | DISP-1162186 | 10/7/2023 | 2023298QA1806 | 1/12/2024 | 2/2/2024 | 3/18/2024 | A0436 | BCBS IN | $28,059.00 | 7/18/2025 | **$28,059.00** | Board of Trustees of the NECA-IBEW Welfare Trust Fund | NECA-IBEW Welfare Trust Fund | Yes |
| 399527 | DISP-1321673 | 11/10/2023 | 2024008QA1572 | 3/8/2024 | 3/28/2024 | 5/10/2024 | A0436 | BCBS IN | $20,615.04 | 2/4/2025 | **$16,658.46** | General Motors Co. | General Motors Health Care Program | Yes |
| 405572 | DISP-1429905 | 2/25/2024 | 2024067QA0038 | 4/12/2024 | 5/1/2024 | 6/14/2024 | A0436 | BCBS IN | $20,334.08 | 6/2/2025 | **$16,524.04** | ACA Exchange | N/A | No |
| 409493 | DISP-2015895 | 4/26/2024 | 24141E177001 | 8/28/2024 | 9/18/2024 | 11/1/2024 | A0431 | BCBS IN | $39,028.37 | 5/22/2025 | **$4,542.74** | City of Austin | n/a | No |
| 416032 | DISP-2604774 | 7/31/2024 | 2024240CM8459 | 12/2/2024 | 1/3/2025 | 2/19/2025 | A0436 | BCBSIN | 22289.28 | 5/16/2025 | **$13,127.31** | Philips Electronics North American Corp. | Philips Electronics North America Group Welfare Benefit Plan | Yes |
| 416514 | DISP-3095190 | 8/5/2024 | 2025013DG3752 | 2/21/2025 | 3/14/2025 | 4/28/2025 | A0436 | BCBS IN | $27,372.80 | 6/17/2025 | **$16,121.25** | Carpenters Health & Welfare Trust Fund | Carpenters Health & Welfare Trust Fund | Yes |
| 416514 | DISP-3095189 | 8/5/2024 | 2025013DG3752 | 2/21/2025 | 3/14/2025 | 4/28/2025 | A0431 | BCBS IN | $39,028.37 | 6/17/2025 | **$22,937.09** | Carpenters Health & Welfare Trust Fund | Carpenters Health & Welfare Trust Fund | Yes |
| 418345 | DISP-2277815 | 8/30/2024 | 2024271EJ5781 | 10/11/2024 | 11/1/2024 | 12/18/2024 | A0431 | BCBS IN | $39,028.37 | 7/17/2025 | **$27,699.91** | ACA Exchange | N/A | No |
| 421624 | DISP-2529574 | 10/16/2024 | 2024296BY3520 | 11/27/2024 | 12/19/2024 | 2/5/2025 | A0431 | BCBS IN | $35,601.61 | 8/28/2025 | **$24,273.15** | ACA Exchange | N/A | No |
| 428879 | DISP-3309061 | 2/6/2025 | 2025043DR8216 | 3/21/2025 | 4/15/2025 | 5/29/2025 | A0431 | BCBS IN | $40,269.10 | 7/3/2025 | **$17,433.42** | LH Services | N/A | N/A |
| 429393 | DISP-3293912 | 2/18/2025 | 2025055EW8264 | 3/21/2025 | 4/11/2025 | 5/27/2025 | A0431 | BCBS IN | $36,733.40 | 7/1/2025 | **$25,404.94** | KFB Insurance Active | N/A | No |
| 429393 | DISP-3293913 | 2/18/2025 | 2025055EW8264 | 3/21/2025 | 4/11/2025 | 5/27/2025 | A0436 | BCBS IN | $3,204.64 | 7/1/2025 | **$2,618.48** | KFB Insurance Active | N/A | No |
| 430182 | DISP-3630969 | 3/3/2025 | 2025078CA9161 | 5/2/2025 | 5/28/2025 | 7/14/2025 | A0436 | BCBS IN | $16,824.36 | 8/3/2025 | **$13,747.02** | ACA Exchange | N/A | No |
| 430613 | DISP-3631461 | 3/11/2025 | 2025085CC6818 | 5/2/2025 | 5/28/2025 | 7/14/2025 | A0436 | BCBS IN | $14,524.92 | 8/3/2025 | **$10,691.48** | Heidelberg Materials US | Heidelberg Materials Health and Welfare Plan | Yes |
| 430762 | DISP-3552240 | 3/13/2025 | 2025078EQ5329 | 4/25/2025 | 5/16/2025 | 7/2/2025 | A0436 | BCBS IN | $30,260.25 | 8/9/2025 | **$24,765.00** | ACA Exchange | N/A | No |
| 430762 | DISP-3552239 | 3/13/2025 | 2025078EQ5329 | 4/25/2025 | 5/16/2025 | 7/2/2025 | A0431 | BCBS IN | $40,269.10 | 8/9/2025 | **$28,940.64** | ACA Exchange | N/A | No |
| 432135 | DISP-3766088 | 4/6/2025 | 2025098EX7380 | 5/30/2025 | 6/19/2025 | 8/4/2025 | A0436 | BCBS IN | $10,490.22 | 8/27/2025 | **$7,405.32** | Indiana University Health, Inc. | Indiana University Health, Inc. Health and Welfare Benefit Plan | Yes |
| 432135 | DISP-3766087 | 4/6/2025 | 2025098EX7380 | 5/30/2025 | 6/19/2025 | 8/4/2025 | A0431 | BCBS IN | $40,269.10 | 8/27/2025 | **$22,576.84** | Indiana University Health, Inc. | Indiana University Health, Inc. Health and Welfare Benefit Plan | Yes |
| 395510 | DISP-2852785 | 9/17/2023 | 2024275CK5205 | 12/30/2024 | 2/10/2025 | 3/26/2025 | A0431 | BCBS IN | $35,092.14 | 7/29/2025 | **$35,092.14** | Staffmark Group, LLC | Staffmark/EMS Health and Welfare Benefit Plan | Yes |
| 413157 | DISP-3499205 | 6/19/2024 | 2024180EY8464 | 4/18/2025 | 5/9/2025 | 6/25/2025 | A0431 | BCBS IN | $39,028.37 | 8/8/2025 | **$39,028.37** | The Farmers Bank of Milton | The Farmers Bank of Milton Health and Welfare Benefit Plan | Yes |
| 413157 | DISP-3499207 | 6/19/2024 | 2024180EY8464 | 4/18/2025 | 5/9/2025 | 6/25/2025 | A0436 | BCBS IN | $16,814.72 | 7/22/2025 | **$16,814.72** | The Farmers Bank of Milton | The Farmers Bank of Milton Health and Welfare Benefit Plan | Yes |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 427150 | DISP-3649924 | 1/11/2025 | 2025015DJ6560 | 5/2/2025 | 5/28/2025 | 10/28/2025 | A0436 | BCBS IN | $25,418.61 | 8/7/2025 | **$17,725.68** | Walmart, Inc. | Walmart, Inc. Associates Health and Welfare Plan | Yes |