**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| PHI HEALTH, LLC,<br>Plaintiff,<br><br>vs.<br><br>ANTHEM INSURANCE COMPANIES, INC.; d/b/a/ ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"). et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-CV-644-TWP-MG |

**ORDER**

THIS MATTER is before the Court on the Uncontested Motion to Stay the Current Deadline for Defendants' Responsive Pleading in light of the Plaintiff PHI Health, LLC's Motion for Leave to file a Second Amended Complaint filed by Defendant Anthem Insurance Companies, Inc., d/b/a Anthem Blue Cross and Blue Shield. [Filing No. 87.]

Having reviewed the Uncontested Motion and Plaintiff's consent, for good cause show, the Court ORDERS that Defendant's Consent Motion to Stay the Current Deadline for Defendants' Responsive Pleading in light of the Plaintiff PHI Health, LLC's Motion for Leave to file a Second Amended Complaint is GRANTED.

All Defendants shall have up to and including fourteen (14) days after the filing of the Second Amended Complaint to file their responsive pleadings in this action.

It is SO ORDERED.

Date: 9/15/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record